657 A.2d 915

**Karyl L. MOSER and Robert E. Moser, H/W, Petitioners,**

v.

**Dr. Landis C. HEISTAND, M.D. and Ashland State General Hospital and Commonwealth of Pennsylvania Department of Public Welfare and Ashland Regional Medical Center, Respondents.**

Supreme Court of Pennsylvania.

April 7, 1995.

## ORDER

**PER CURIAM:**

**AND NOW,** this 7th day of April, 1995, the Petition for Allowance of Appeal is granted, 168 Pa.Cmwlth. 109, 649 A.2d 177 limited to the issue of whether the corporate liability doctrine set forth in *Thompson v. Nason Hospital,* 527 Pa. 330, 591 A.2d 703 (1991) is applicable to state owned medical facilities under our sovereign immunity statute.

MONTEMURO, J., is sitting by designation.